# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TANYA M. DISTEFANO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 4:25-40040-MRG |
| DETECTIVE CHRISTOPHER | ) |
| CORNELIUS AND THE | ) |
| CLINTON POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**GUZMAN, D.J.**

In accordance with the Court's Order dated February 27, 2026, [ECF 22] GRANTING Defendants' Motion to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

March 2, 2026                                    /s/Suzanne Frisch
Date                                             Deputy Clerk